**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:03-cv-05525-AB**

AETNA HEALTH, INC. v. TAP PHARMACEUTICAL PRODUCTS, INC.
Assigned to: HONORABLE ANITA B. BRODY
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Fraud

Date Filed: 10/02/03
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**AETNA HEALTH, INC.,** *INDIVIDUALLY AND ON BEHALF OF ITS SUBSIDIARIES AND AFFILIATES*

represented by **ELIZABETH K. AINSLIE**
SCHNADER, HARRISON, SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILA, PA 19103-7286
TEL 215-751-2359
Fax : FAX 215-751-2205
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN S. LISS**
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103
215-751-2423
Fax : 215-751-2205
Email: jliss@schnader.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**TAP PHARMACEUTICAL PRODUCTS, INC.**

represented by **JOSEPH E. O'NEIL**
LAVIN COLEMAN O'NEILL RICCI FINARELLI & GRAY
510 WALNUT ST.
# 1000
PHILADELPHIA, PA 19106
215-627-0303
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/02/2003 | 1 | COMPLAINT against TAP PHARMACEUTICAL PRODUCTS, INC. ( Filing fee $ 150 receipt number 898014.), filed by AETNA HEALTH, INC..(cw, ) (Entered: 10/03/2003) |
| 10/02/2003 |   | Summons Issued as to TAP PHARMACEUTICAL PRODUCTS, INC..One Forwarded To: Counsel on 10/03/03 (cw, ) (Entered: 10/03/2003) |
| 10/02/2003 |   | DEMAND for Trial by Jury by AETNA HEALTH, INC.. (cw, ) (Entered: 10/03/2003) |
| 11/24/2003 | 2 | JOINT MOTION FOR ENTRY OF AN ORDER TO EXTEND TIME TO RESPOND TO 1 COMPLAINT IN LIGHT OF TRANSFER TO MDL, BY PLAINTIFF AETNA HEALTH, INC. & DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC., CERTIFICATE OF SERVICE.(fh) (Entered: 11/25/2003) |
| 12/03/2003 | 3 | ORDER THAT DEFT'S TIME TO RESPOND TO PLFF'S COMPLAINT IS EXTENDED TO THE LATER OF (A) 30 DAYS ISSUANCE OF A FINAL TRANSFER ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TRANSFERRING THIS ACTION TO MDL DOCKET NO. 1430 IN THE DISTRICT OF MASSACHUSETTS; (B) 30 DAYS AFTER ENTRY OF THE DISTRICT OF MASSACHUSETTS COURT'S RULING ON THE PENDING MOTIONS TO DISMISS IN MDL DOCKET NO. 1430; OR (C) THE TIME SET BY THE DISTRICT OF MASSACHUSETTS COURT FOR ANY RESPONSE BY DEFTS TO ANY FURTHER AMENDED COMPLAINT IN MDL DOCKET NO. 1430. SIGNED BY JUDGE ANITA B. BRODY ON 11/25/03. 12/3/03 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS.(kw, ) (Entered: 12/03/2003) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/26/2004 14:18:29 |||
| PACER Login: | us2510 | Client Code: |
| Description: | Docket Report | Case Number: | 2:03-cv-05525-AB |
| Billable Pages: | 1 | Cost: | 0.07 |