**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

January 30, 2004

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
XXXXXXXXX
267-299-7005

Tony Anastas, Clerk
United States District Court
District of Massachusetts
2300 U.S. Courthouse
One Courthouse Way
Boston, MA  02210-3002

RE:   AETNA HEALTH, INC.  VS. TAP PHARMACEUTICAL
      C.A. #03-5525            PRODUCTS, INC.

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above-captioned case which has been transferred to your District pursuant to Conditional Transfer Order filed on 1/29/04, filed with MDL Panel.

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Kim Williams , Deputy Clerk

cc:   Elizabeth K. Ainslie, Esq.
      Jonathan S. Liss, Esq.
      Joseph E. O'Neil, Esq.

Received above material or record file this     day of          , 20  .

Signature: _____

Date: _____

civ625.frm

**STANDARD**

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:03-cv-05525-AB
### Internal Use Only

AETNA HEALTH, INC. v. TAP
PHARMACEUTICAL PRODUCTS, INC.
Assigned to: HONORABLE ANITA B. BRODY
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Fraud

Date Filed: 10/02/03
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or
Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

------------------------

**AETNA HEALTH, INC.,**
*INDIVIDUALLY AND ON*
*BEHALF OF ITS*
*SUBSIDIARIES AND*
*AFFILIATES*

represented by **ELIZABETH K. AINSLIE**
SCHNADER, HARRISON,
SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILA, PA 19103-7286
TEL 215-751-2359
Fax : FAX 215-751-2205
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN S. LISS**
SCHNADER HARRISON
SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 1/30/04
ATTEST: Kim Williams
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

        215-751-2423
        Fax : 215-751-2205
        Email: jliss@schnader.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**TAP PHARMACEUTICAL PRODUCTS, INC.** represented by JOSEPH E. O'NEIL
    LAVIN COLEMAN O'NEILL
    RICCI FINARELLI & GRAY
    510 WALNUT ST.
    # 1000
    PHILADELPHIA, PA 19106
    215-627-0303
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 10/02/2003 | ◯1 | COMPLAINT against TAP PHARMACEUTICAL PRODUCTS, INC. ( Filing fee $ 150 receipt number 898014.), filed by AETNA HEALTH, INC..(cw, ) (Entered: 10/03/2003) |
| 10/02/2003 | ◯ | Summons Issued as to TAP PHARMACEUTICAL PRODUCTS, INC..One Forwarded To: Counsel on 10/03/03 (cw, ) (Entered: 10/03/2003) |
| 10/02/2003 | ◯ | DEMAND for Trial by Jury by AETNA HEALTH, INC.. (cw, ) (Entered: 10/03/2003) |

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:03-cv-05525-AB
### Internal Use Only

AETNA HEALTH, INC. v. TAP PHARMACEUTICAL PRODUCTS, INC.
Assigned to: HONORABLE ANITA B. BRODY
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Fraud

Date Filed: 10/02/03
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**
------------------------

***AETNA HEALTH, INC., INDIVIDUALLY AND ON BEHALF OF ITS SUBSIDIARIES AND AFFILIATES***

represented by **ELIZABETH K. AINSLIE**
SCHNADER, HARRISON, SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILA, PA 19103-7286
TEL 215-751-2359
Fax : FAX 215-751-2205
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN S. LISS**
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 1/30/04
ATTEST: Kim Williams
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

1/30/2004 2:34 PM

                                        215-751-2423
                                        Fax : 215-751-2205
                                        Email: jliss@schnader.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

----------------------

**TAP PHARMACEUTICAL PRODUCTS, INC.**    represented by    JOSEPH E. O'NEIL
                                                                           LAVIN COLEMAN O'NEILL
                                                                           RICCI FINARELLI & GRAY
                                                                           510 WALNUT ST.
                                                                           # 1000
                                                                           PHILADELPHIA, PA 19106
                                                                           215-627-0303
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 10/02/2003 | 1 | COMPLAINT against TAP PHARMACEUTICAL PRODUCTS, INC. ( Filing fee $ 150 receipt number 898014.), filed by AETNA HEALTH, INC..(cw, ) (Entered: 10/03/2003) |
| 10/02/2003 |  | Summons Issued as to TAP PHARMACEUTICAL PRODUCTS, INC..One Forwarded To: Counsel on 10/03/03 (cw, ) (Entered: 10/03/2003) |
| 10/02/2003 |  | DEMAND for Trial by Jury by AETNA HEALTH, INC.. (cw, ) (Entered: 10/03/2003) |

| | | |
|---|---|---|
| 10/02/2003 | | ***Set/Clear FlagsSet Flag Standard Case Management Track (cw, ) (Entered: 10/03/2003) |
| 11/24/2003 | 2 | JOINT MOTION FOR ENTRY OF AN ORDER TO EXTEND TIME TO RESPOND TO 1 COMPLAINT IN LIGHT OF TRANSFER TO MDL, BY PLAINTIFF AETNA HEALTH, INC. & DEFENDANT TAP PHARMACEUTICAL PRODUCTS, INC., CERTIFICATE OF SERVICE.(fh) (Entered: 11/25/2003) |
| 12/03/2003 | 3 | ORDER THAT DEFT'S TIME TO RESPOND TO PLFF'S COMPLAINT IS EXTENDED TO THE LATER OF (A) 30 DAYS ISSUANCE OF A FINAL TRANSFER ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TRANSFERRING THIS ACTION TO MDL DOCKET NO. 1430 IN THE DISTRICT OF MASSACHUSETTS; (B) 30 DAYS AFTER ENTRY OF THE DISTRICT OF MASSACHUSETTS COURT'S RULING ON THE PENDING MOTIONS TO DISMISS IN MDL DOCKET NO. 1430; OR (C) THE TIME SET BY THE DISTRICT OF MASSACHUSETTS COURT FOR ANY RESPONSE BY DEFTS TO ANY FURTHER AMENDED COMPLAINT IN MDL DOCKET NO. 1430. SIGNED BY JUDGE ANITA B. BRODY ON 11/25/03. 12/3/03 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS.(kw, ) (Entered: 12/03/2003) |
| 01/29/2004 | 4 | CONDITIONAL TRANSFER ORDER TRANSFERRING CASE TO THE U.S.D.C. FOR THE DISTRICT OF MASSACHUSETTS. 1/30/04 ENTERED. (kw, ) (Entered: 01/30/2004) |

| 01/29/2004 | | ***Deadlines terminated., ***Documents terminated. (kw, ) (Entered: 01/30/2004) |