IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: LUPRON® MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL NO. 1430 |
|  | ) | Master File No. 01-CV-10861 |
| THIS DOCUMENT RELATES TO Case No. 04-10176 (RGS) | ) ) ) ) | Judge Richard G. Stearns |

**PLAINTIFF AETNA HEALTH, INC.'S
REQUEST FOR POSTPONEMENT
OF ORAL ARGUMENT**

Plaintiff Aetna Health, Inc., in its individual and representative capacities, respectfully requests that oral argument on defendant's motion to dismiss Aetna's amended complaint, currently scheduled for June 30, 2004, be postponed to any convenient date in August 2004.

As grounds therefore, plaintiff says that its lead counsel, Elizabeth K. Ainslie, will be absent from work between June 4 and July 30, 2004. Ainslie has been litigating against TAP for a number of years now, and although her partners are highly capable attorneys, they do not have Ainslie's knowledge of the facts or the law in this area. Defense counsel has no objection to this request.

Counsel for the parties suggest that the Court reschedule the hearing for **August 4, 2004**, which the parties understand is a date that the Court has available.

2

      WHEREFORE, plaintiff respectfully requests that its request for postponement of oral argument be granted.

                      Respectfully submitted,

                      /s/ O. Scott Barber
                      Elizabeth K. Ainslie
                      Theresa E. Loscalzo
                      Jonathan S. Liss
                      O. Scott Barber

                      Attorneys for Plaintiff,
                       Aetna Health, Inc.

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103-7286
(215) 751-2000

                Of Counsel.

Dated: June 7, 2004

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2004, I caused to be served a true and correct copy of the foregoing Aetna Health, Inc.'s Request for Postponement of Oral Argument via Verilaw on the following:

| | |
|---|---|
| Daniel E. Reidy<br>Tina M.Tabacchi<br>Kelly P. Glauberman<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL  60601-1692 | Michael D. Hausfeld<br>Cohen, Milstein, Hausfeld & Toll<br>1100 New York Avenue, N.W. Suite 500<br>Washington, DC  20005 |
| Joseph F. Savage, Jr.<br>Testa, Hurwitz & Thibeault<br>High Street Tower<br>125 High Street<br>Boston, MA  02110 | Charles A. Dauphin<br>Baxley, Dillard, Dauphin, McKnight<br> & Barclift<br>2008  3rd Avenue South<br>Birmingham, AL  35233 |
| Zona Jones<br>Gregory C. Cox<br>Provost Umphrey, L.L.P.<br>P.O. Box 4905<br>Beaumont, TX  77704 | Joshua T. Buchman<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606 |
| Michael A. Lee<br>J. Hoke Peacock, III<br>Joseph S. Grinstein<br>Susman Godfrey, L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002-5096 | Robert R. Stauffer<br>Jenner & Block<br>One IBM Plaza, 45th Floor<br>Chicago, IL  60611<br><br>Michael Hefter<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 |
| Thomas M. Sobol<br>Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110 | Joseph Saveri<br>Lief Cabraser Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 |
| Jeffrey L. Kodroff<br>Spector, Roseman & Kodroff<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 | Richard W. Cohen<br>Lowey Dannenberg Bemporad<br> & Sellinger P.C.<br>The Gateway<br>One North Lexington Avenue<br>White Plains, NY  10601 |

                                               /s/ Jessica Watt